IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>JAMES WHITMORE and KRISTIN WHITMORE | No. MD-15-02641-PHX-DGC<br><br>**MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:
   James Whitmore

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
   Kristin Whitmore

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   Not Applicable

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:
   Pennsylvania

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:
   Pennsylvania

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:
   Pennsylvania

7. District Court and Division in which venue would be proper absent direct filing:
   District of New Jersey, Newark Division

8. Defendants (check Defendants against whom Complaint is made):
   ☒ C.R. Bard Inc.
   ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:
   ☒ Diversity of Citizenship
   ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:
   Not Applicable

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):
    ☐ Recovery® Vena Cava Filter
    ☒ G2® Vena Cava Filter

- ☐ G2® Express (G2®X) Vena Cava Filter
- ☐ Eclipse® Vena Cava Filter
- ☐ Meridian® Vena Cava Filter
- ☐ Denali® Vena Cava Filter
- ☐ Other: _____

11. Date of Implantation as to each product:
    February 9, 2007

12. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I:    Strict Products Liability – Manufacturing Defect
    ☒ Count II:   Strict Products Liability – Information Defect (Failure to Warn)
    ☒ Count III:  Strict Products Liability – Design Defect
    ☒ Count IV:   Negligence - Design
    ☒ Count V:    Negligence - Manufacture
    ☒ Count VI:   Negligence – Failure to Recall/Retrofit
    ☒ Count VII:  Negligence – Failure to Warn
    ☒ Count VIII: Negligent Misrepresentation
    ☒ Count IX:   Negligence *Per Se*
    ☒ Count X:    Breach of Express Warranty
    ☒ Count XI:   Breach of Implied Warranty
    ☒ Count XII:  Fraudulent Misrepresentation

-3-

☒ Count XIII: Fraudulent Concealment

☒ Count XIV: Violations of Applicable __Pennsylvania__ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☒ Count XV: Loss of Consortium

☒ Count XVI: Wrongful Death

☒ Count XVII: Survival

☒ Punitive Damages

☐ Other(s): __Not Applicable__ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

RESPECTFULLY SUBMITTED this  5th  day of January 2018

SEEGER WEISS LLP

By: /s/ Asim M. Badaruzzman
    Asim M. Badaruzzaman
    Christopher A. Seeger
    Jeffrey S. Grand
    55 Challenger Rd., 6th Floor
    Ridgefield Park, NJ 07660
    abadaruzzaman@seegerweiss.com
    cseeger@seegerweiss.com
    jgrand@seegerweiss.com

Attorneys for Plaintiff

I hereby certify that on this  5th  day of  January 2018 , I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Asim M. Badaruzzaman